FILED
AUG 15 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  ROBERT A. BLEICHER (SBN 111334)
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor
   San Francisco, California 94111
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4
   Attorneys for Plaintiffs
5  AMEROPA AG and
   AMEROPA NORTH AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| AMEROPA AG, | No.: 1:07-CV-01182-OWW-NEW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SETTING TIME AND DATE FOR PRELIMINARY INJUNCTION HEARING |
| v. | |
| MOORE AGRICULTURAL PRODUCTS COMPANY, INC., | Date: 8/24/07<br>Time: 11:00 AM<br>Court Room: 3<br>Honorable Wanger |
| Defendant. | |

TO DEFENDANT MOORE AGRICULTURAL PRODUCTS, INC. ("MOORE") AND ITS OFFICERS, AGENTS, EMPLOYEES, AND ATTORNEYS:

YOUR ARE HEREBY ORDERED TO SHOW CAUSE at 11:00 a.m. on ~~September~~ August 24, 2007, in Courtroom 3 of the United States Courthouse, the Honorable Wanger presiding, located at 2500 Tulare Street, Fresno California 93721, why a Preliminary Injunction should not be issued in favor of AMEROPA AG and AMEROPA NORTH AMERICA, INC. ("AMEROPA") and against MOORE for the injunctive relief sought in AMEROPA's *EX PARTE APPLICATION FOR EMERGENCY WRIT OF POSSESSION AND TEMPORARY RESTRAINING ORDER.*

-1-

[PROPOSED] ORDER SETTING TIME
AND DATE FOR PRELIMINARY
INJUNCTION HEARING

No.: 1:07-CV-01182-OWW-NEW

(WMW) AMEROPA AG et al v. Moore Agricultural Products Company, Inc.    Doc. 18

1   This Order to Show Cause and supporting papers must be served on defendant no later
2   than _5_ days before the date set for hearing, and proof of service or waiver thereof shall be
3   filed no later than _2_ court days before the hearing. Any response or opposition to this Order
4   to Show Cause must be filed and personally served on plaintiffs' counsel no later than _2_
5   _AUGUST 22, 2007_ court days before the date set for hearing, and proof of service shall be filed no later than _2_
6   court days before the hearing.

7

8   Dated: August _15_, 2007
9   Hour of issuance: _4:10 pm._

10
11                                           _____
12                                           UNITED STATES DISTRICT JUDGE

13   Presented this _15th_ of August, 2007, by:

14
15   HOLLAND & KNIGHT LLP

16
17   By: _____
         Robert A. Bleicher
18
     Attorneys for Plaintiffs
19   AMEROPA AG and AMEROPA NORTH AMERICA, INC.

20
21   # 4733724_v1

22
23
24
25
26
27
28
                                            -2-
     [PROPOSED] ORDER SETTING TIME                    No.: 1:07-CV-01182-OWW-NEW
     AND DATE FOR PRELIMINARY
     INJUNCTION HEARING