1  ROBERT A. BLEICHER (SBN 111334)
   **HOLLAND & KNIGHT LLP**
2  50 California Street, 28th Floor
   San Francisco, California 94111
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4
   Attorneys for Plaintiffs
5  AMEROPA AG and
   AMEROPA NORTH AMERICA, INC.
6

7

8             IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11

12 AMEROPA AG; AMEROPA NORTH      | No.: 1:07-CV-01182-OWW-NEW
   AMERICA, INC,                  |
13                                | **SUPPLEMENTAL ORDER TO SHOW
           Plaintiffs,            | CAUSE RE: PRELIMINARY
14                                | INJUNCTION, EMERGENCY WRIT OF
   v.                             | POSSESSION AND TEMPORARY
15                                | RESTRAINING ORDER**
   MOORE AGRICULTURAL PRODUCTS    |
16 COMPANY, INC.,                 |
                                  |
17         Defendant.             |

18

19     TO DEFENDANT MOORE AGRICULTURAL PRODUCTS, INC. ("MOORE") AND

20 ITS OFFICERS, AGENTS, EMPLOYEES, AND ATTORNEYS:

21     YOUR ARE HEREBY ORDERED TO SHOW CAUSE at 11:00 a.m. on August 24, 2007,

22 in Courtroom 3 of the United States Courthouse, the Honorable Oliver W. Wanger, presiding,

23 located at 2500 Tulare Street, Fresno California 93721, why MOORE should not be restrained

24 and enjoined, and a Writ of Possession should not be issued in favor of AMEROPA AG and

25 AMEROPA NORTH AMERICA, INC. ("AMEROPA") against MOORE, for possession of the

26 zinc sulphate shipped to MOORE's Hanford, California facility by AMEROPA, pending trial of

27 this action, pursuant to Rule 65 of the Federal Rules of Civil Procedure.

28
-1-
[PROPOSED] SUPPLEMENTAL ORDER                    No.: 1:07-CV-01182-OWW-NEW
TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
AND FOR *EX PARTE* WRIT OF POSSESSION AND
TEMPORARY RESTRAINING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   This Order to Show Cause and supporting papers must be served on defendant no later
2   than 5 days before the date set for hearing, and proof of service or waiver thereof shall be filed
3   no later than 2 court days before the hearing.  Any response or opposition to this Order to Show
4   Cause must be filed and personally served on plaintiffs' counsel no later than 2 court days,
5   August 22, 2007, before the date set for hearing, and proof of service shall be filed no later than
6   2 court days before the hearing.

7   AND IT BEING SHOWN TO THE SATISFACTION OF THE COURT based on the
8   motions papers and *Complaint* filed herein, and the *Declaration of Michael Ward in Support of*
9   *Writ of Possession and Injunctive Relief* and the *Declaration of Robert A. Bleicher in Support of*
10  *Ex Parte Relief*, that:

11  Defendant has been given advance notice of the plaintiffs' application for *ex parte* relief,
12  and good cause exists to excuse service on defendant and issuance of this Order *ex parte*;

13  Plaintiffs have established a likelihood of success on the merits of their claim;

14  There is probable cause to believe that this property or some part thereof is located at
15  11521 Excelsior Avenue, Hanford, California;

16  Defendant MOORE acquired possession of this property in the ordinary course of the
17  defendant's trade or business for commercial purposes, and (1) the property is not necessary for
18  the support of the defendant or the defendant's family; (2) there is an immediate danger that the
19  property will become unavailable to levy by reason of being transferred, sold, concealed, or
20  dissipated or removed from the state, or will become substantially impaired in value by acts of
21  destruction, or by failure to take care of the property in a reasonable manner;

22  Immediate and irreparable loss, injury or damage will result to AMEROPA before
23  MOORE or its counsel can be heard.

24  NOW, THEREFORE, pursuant to Rule 65(b), Fed. R. Civ. P., it is further ORDERED,
25  that MOORE, its officers, agents, employees and attorneys and all those in active concert or
26  participation with it or them ARE HEREBY RESTRAINED AND ENJOINED, from:

27
28

-2-

[PROPOSED] SUPPLEMENTAL ORDER              No.:  1:07-CV-01182-OWW-NEW
TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
AND FOR *EX PARTE* WRIT OF POSSESSION AND
TEMPORARY RESTRAINING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1    a) Disposing of, using, processing, dissipating, contaminating, wasting, diverting, removing, or destroying, any of the product (zinc sulphate) shipped by AMEROPA to MOORE's Hanford, California facility, pending the hearing on the Preliminary Injunction or other relief;

2    b) Disposing of, using, processing, dissipating, contaminating, wasting, diverting, removing, or destroying, any of the product (zinc sulphate) shipped by AMEROPA to MOORE's Humboldt, Tennessee facility, except by specific written agreement with Ameropa.

AND IT BEING FURTHER SHOWN TO THE SATISFACTION OF THE COURT based on the motions papers and *Complaint* filed herein, and the *Declaration of Michael Ward in Support of Writ of Possession and Injunctive Relief* and the *Declaration of Robert A. Bleicher in Support of Ex Parte Relief,* that immediate and irreparable loss, injury or damage will result to AMEROPA before MOORE or its counsel can be heard, the Court having found that:

Defendant has been properly served, or that good cause exists to excuse plaintiffs from service on defendant and issuance of this Order *ex parte*;

Plaintiffs have established the probable validity of the plaintiffs' claim to possession of the following property: any quantity of zinc sulphate shipped by AMEROPA to MOORE's Hanford, California facility;

There is probable cause to believe this property or some part of it is located at the following private place: 11521 Excelsior Avenue, Hanford, California;

The defendant acquired possession of this property in the ordinary course of the defendant's trade or business for commercial purposes, and (1) the property is not necessary for the support of the defendant or the defendant's family; (2) there is an immediate danger that the property will become unavailable to levy by reason of being transferred, concealed or removed from the state, or will become substantially impaired in value by acts of destruction, or by failure to take care of the property in a reasonable manner, and (3) the *ex parte* issuance of a writ of possession is necessary to protect the property.

NOW, THEREFORE, pursuant to Cal. Civ. Proc. Code §§ 512.010 *et. seq.*, Rule 65(b) and Rule 64, Fed. R. Civ. P., it is further ORDERED, that:

-3-

[PROPOSED] SUPPLEMENTAL ORDER
TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
AND FOR *EX PARTE* WRIT OF POSSESSION AND
TEMPORARY RESTRAINING ORDER

No.: 1:07-CV-01182-OWW-NEW

PDF created with pdfFactory trial version www.pdffactory.com

1.  AMEROPA is entitled to and shall have immediate possession of any quantity of zinc sulphate shipped by AMEROPA to MOORE's Hanford, California facility;

2.  MOORE shall transfer physical possession of the property described above to AMEROPA within 24 hours of the issuance of this Order.  If MOORE fails to do so, AMEROPA shall have the right to immediately seize such property.

**NOTICE TO DEFENDANT: Failure to comply with an order of the court to turn over possession of the property to the plaintiff may subject you to being held in contempt of court.**

The foregoing Writ of Possession and Temporary Restraining Order shall be effective upon plaintiff AMEROPA filing with the Court an undertaking the sum of $10,000.

**NOTICE TO DEFENDANT: You may apply to the Court for modification/dissolution of this *ex parte* Order on 2 days notice or such shorter notice as the court may allow.**

Dated: August 17, 2007

Hour of issuance:  8:35 AM

_____/s/ Oliver W. Wanger_____
UNITED STATES DISTRICT JUDGE

Presented this _____ of August, 2007, by:

HOLLAND & KNIGHT LLP


By: _____
      Robert A. Bleicher

   Attorneys for Plaintiffs
   AMEROPA AG and AMEROPA NORTH AMERICA, INC.

# 4736607_v2

-4-
[PROPOSED] SUPPLEMENTAL ORDER                           No.: 1:07-CV-01182-OWW-NEW
TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
AND FOR *EX PARTE* WRIT OF POSSESSION AND
TEMPORARY RESTRAINING ORDER

PDF created with pdfFactory trial version www.pdffactory.com