(WMW) AMEROPA AG et al v. Moore Agricultural Products Company, Inc.   Doc. 23

1  ROBERT A. BLEICHER (SBN 111334)
   **HOLLAND & KNIGHT LLP**
2  50 California Street, 28th Floor
   San Francisco, California 94111
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4
   SETH H. ROW (*Admitted pro hac vice*)
5  **HOLLAND & KNIGHT LLP**
   2300 US Bancorp Tower
6  111 SW Fifth Avenue
   Portland, Oregon 97204
7  Telephone: (503) 527-2931
   Facsimile: (503) 241-8014
8
   Attorneys for Plaintiffs
9  AMEROPA AG and
   AMEROPA NORTH AMERICA, INC.

FILED
AUG 1 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

LODGED
AUG 1 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

AMEROPA AG, AMEROPA NORTH AMERICA, INC.

    Plaintiffs,

v.

MOORE AGRICULTURAL PRODUCTS COMPANY, INC.,

    Defendant.

No.: 1:07-CV-01182-OWW-NEW

**INSTRUMENT OF DEPOSIT BY AMEROPA NORTH AMERICA, INC. RE: TEMPORARY RESTRAINING ORDER AND WRIT OF POSSESSION**

### INSTRUMENT OF DEPOSIT

COMES NOW Plaintiff Ameropa North America, Inc. ("Ameropa"), on its own behalf and as agent for Plaintiff Ameropa AG and makes the following Instrument of Deposit pursuant to L.R. 65.1-151.

On behalf of itself and AMEROPA AG, AMEROPA HEREBY DEPOSITS the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) with the Clerk of the Court pursuant to

1 | the Court.
2 |
3 | EXECUTED and ACKNOWLEDGED this 17th day of August, 2007, by:
4 |
5 |
6 | AMEROPA NORTH AMERICA, INC.
7 | By: *Michael Ward* (signature)
   | Michael Ward, Director of Marketing & Acquisitions
8 | Ameropa North America, Inc.
9 |
10 |
11 | Date: August 17th, 2007          HOLLAND & KNIGHT LLP
12 |
13 |                                  By: *Robert A. Bleicher* (signature)
14 |                                  Robert A. Bleicher
15 |                                  Attorneys for Plaintiffs
   |                                  AMEROPA AG and AMEROPA NORTH
16 |                                  AMERICA, INC.
17 |
18 | APPROVED this 17th day of August, 2007.
19 |
20 |                                  *Oliver W. Wanger* (signature)
21 |                                  Oliver W. Wanger, United States District Judge
22 |
23 | # 4739071_v1
24 |
...
28 |

-3-

INSTRUMENT OF DEPOSIT BY AMEROPA NORTH
AMERICA INC. RE: TEMPORARY
RESTRAINING ORDER AND WRIT OF POSSESSION

1  L.R. 65.1-151(h) and pursuant to the Ex Parte Writ of Possession and Temporary Restraining
2  Order executed by this Court on August 15, 2007 (Ct. Rec. 17).

3  Pursuant to LR 65-151(h), this undertaking is made on the condition that, if any judgment
4  is entered by this Court in favor of defendant Moore Agricultural Products Company, Inc.
5  ("Moore") with a finding by this Court that Moore was wrongfully enjoined or restrained, or that
6  its property was wrongfully possessed, and that Moore suffered injury as a result of such
7  wrongful injunction, restraint, or possession, Ameropa shall pay the amount owed pursuant to
8  such judgment within the time required by law unless the parties have executed a settlement
9  agreement for payment of some other amount, in which case, Ameropa will pay the amount that
10 it is obligated to pay, if any, under the terms of the settlement agreement. If Ameropa fails to
11 pay the amount of the judgment within the time required by law or within the time required by
12 the terms and conditions of a settlement agreement with Moore, Ameropa shall be in default and
13 a portion of the undertaking equal to the amount owed, or the entire undertaking if the amount
14 owed exceeds the undertaking, shall be forfeited to Moore, and the Clerk of the Court is hereby
15 authorized to disburse or apply the cash deposited in the case of default hereunder to Moore.

16 This undertaking is expressly subject to all applicable federal statutes and rules or any
17 modification to this undertaking agreed to by stipulation between the parties and/or by Order of

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

-2-
INSTRUMENT OF DEPOSIT BY AMEROPA NORTH
AMERICA INC. RE: TEMPORARY
RESTRAINING ORDER AND WRIT OF POSSESSION