1   ROBERT A. BLEICHER (SBN 111334)
    **HOLLAND & KNIGHT LLP**
2   50 California Street, 28th Floor
    San Francisco, California 94111
3   Telephone: (415) 743-6900
    Facsimile: (415) 743-6910
4
    SETH H. ROW *(Admitted pro hac vice)*
5   **HOLLAND & KNIGHT LLP**
6   2300 US Bancorp Tower
    111 SW Fifth Avenue
7   Portland, Oregon 97204
    Telephone: (503) 527-2931
8   Facsimile: (503) 241-8014

9   Attorneys for Plaintiffs
    AMEROPA AG and
10  AMEROPA NORTH AMERICA, INC.

11

12              IN THE UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14                      FRESNO DIVISION

15

16  AMEROPA AG; AMEROPA NORTH          No.: **1:07-CV-01182-OWW-NEW**
17  AMERICA, INC,
                                       **STIPULATED PRELIMINARY**
18              Plaintiffs,            **INJUNCTION ORDER**

19  v.

20  MOORE AGRICULTURAL PRODUCTS
    COMPANY, INC.,
21
                Defendant.
22

23

24      THE PARTIES in this matter, AMEROPA AG and AMEROPA NORTH AMERICA,

25  INC. ("Ameropa") and defendant MOORE AGRICULTURAL PRODUCTS, INC. ("Moore"),

26  hereby stipulate and agree to a Preliminary Injunction to maintain the status quo pending the

27  completion and execution of an agreement that has been reached between the parties, the terms

28  of which are as follows: Moore shall purchase, via wire transfer to Ameropa, all quantities of

                                        -1-
    [PROPOSED] STIPULATED PRELIMINARY INJUNCTION
    ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   zinc sulphate powder now existing at Moore's Hanford, California facility.  Payment shall made

2   at the agreed-upon price of $1,212.42 per metric ton.  Payment shall be made within one

3   business day of receipt by the parties of a report by Marine Technical Surveyors (MTS) setting

4   forth the exact quantity of powder zinc sulphate at the Hanford, California facility, for the full

5   amount of powder zinc sulphate as reported by MTS.

6        NOW, THEREFORE, the parties having stipulated to the entry of an Order for the relief

7   set forth below, the August 24, 2007 hearing on the Court's Order to Show Cause Re:

8   Preliminary Injunction (Ct. Rec. 21) is hereby CANCELLED,

9        AND, pursuant to Rule 65, Fed. R. Civ. P., it is ORDERED, that MOORE, its officers,

10  agents, employees and attorneys and all those in active concert or participation with it or them

11  who have received actual notice of this Order ARE HEREBY RESTRAINED AND ENJOINED,

12  from: disposing of, using, processing, dissipating, contaminating, wasting, diverting, removing,

13  or destroying, any of the product (zinc sulphate powder) shipped by AMEROPA to MOORE's

14  Hanford, California facility, pending execution and completion of the wire transfer set forth in

15  the agreement by the parties above, or failing completion of such transaction, arbitration of this

16  action.

17

18  Dated: August 22, 2007

19

20               ____/s/ Oliver W. Wanger_____
                 UNITED STATES DISTRICT JUDGE
21               OLIVER W. WANGER

22

23  The entry of the Order set forth herein is stipulated to this ____of August, 2007, by:

24  HOLLAND & KNIGHT LLP

25

26  By: _____
          Robert A. Bleicher
27

28        Attorneys for Plaintiffs
          AMEROPA AG and AMEROPA NORTH AMERICA, INC.
                                    -2-
    [PROPOSED] STIPULATED PRELIMINARY INJUNCTION
    ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The entry of the Order set forth herein is stipulated to this _____of August, 2007, by:

MOORE AGRICULTURAL PRODUCTS COMPANY, INC.


By: _____
         Name

Its: _____
          Title


Approved as to form this _____ day of August, 2007, by:

KLEIN, DENATALE, GOLDNER, COOPER, ROSEN & KIMBALL LLP


By: _____
         T. Scott Belden

    Attorneys for Defendant
    MOORE AGRICULTURAL PRODUCTS COMPANY, INC.

# 4747527_v1

-3-

[PROPOSED] STIPULATED PRELIMINARY INJUNCTION ORDER

PDF created with pdfFactory trial version www.pdffactory.com