1  ROBERT A. BLEICHER (SBN 111334)
   **HOLLAND & KNIGHT LLP**
2  50 California Street, 28th Floor
   San Francisco, California  94111
3  Telephone:  (415) 743-6900
   Facsimile:  (415) 743-6910
4
   SETH H. ROW *(Admitted pro hac vice)*
5  **HOLLAND & KNIGHT LLP**
   2300 US Bancorp Tower
6  111 SW Fifth Avenue
   Portland, Oregon 97204
7  Telephone: (503) 527-2931
   Facsimile: (503) 241-8014
8
   Attorneys for Plaintiffs
9  AMEROPA AG and
   AMEROPA NORTH AMERICA, INC.
10

11              IN THE UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13                       FRESNO DIVISION

14

15  AMEROPA AG, and AMEROPA NORTH
    AMERICA, INC.                         No.:  1:07-CV-01182-OWW-NEW
16
                  Plaintiffs              **STIPULATION AND ORDER TO STAY**
17                                        **ACTION**
        v.
18
    MOORE AGRICULTURAL PRODUCTS
19  COMPANY, INC.,
20                  Defendant.
21

22          It is hereby stipulated and agreed by and between Plaintiffs AMEROPA AG and

23  AMEROPA NORTH AMERICA, INC. ("Plaintiffs") and Defendant MOORE

24  AGRICULTURAL PRODUCTS COMPANY, INC., ("Defendant"), by and through their

25  respective undersigned attorneys, as follows:

26          1.      Plaintiffs' claims herein ("the Litigation") arise out of the sale of zinc sulphate by

27  Plaintiffs to Defendant.

28

                                         -1-
    STIPULATION AND [PROPOSED] ORDER          No.:  1:07-CV-01182-OWW-NEW
    TO STAY ACTION

PDF created with pdfFactory trial version www.pdffactory.com

1    2.    Plaintiffs have also initiated an arbitration proceeding ("the Arbitration") before

2    the Hamburg Chamber of Commerce for breach of contract against Defendant.

3    3.    On September 24, 2007, Plaintiffs and Defendant agreed to a resolution of

4    Plaintiffs' claims.  The principal terms of the parties' agreement requires that: (a) Defendant will

5    make six equal monthly payments to Plaintiffs beginning on September 24, 2007 and ending on

6    February 20, 2008; (b) Plaintiffs and Defendant will jointly seek an order or other appropriate

7    action necessary to stay both the Litigation and Arbitration; (c) on the 91st day after Plaintiffs

8    receive their final payment from Defendant, Plaintiffs will dismiss both the Litigation and the

9    Arbitration with prejudice, each party to bear its own attorneys fees and costs; and (d) Plaintiffs

10   and Defendant will execute a mutually satisfactory Settlement Agreement and Release on the

11   91st day after Plaintiffs receive Defendant's final payment.

12   4.    Plaintiffs and Defendant submit that good cause exists to stay this action in

13   accordance with the Parties' agreement and therefore request the Court to enter a order staying

14   this action until all actions under the agreement have been completed and Plaintiffs' move to

15   dismiss this action with prejudice pursuant to the parties' agreement set forth above.  Either

16   Plaintiffs or Defendant may move to vacate the stay if cause exists or as otherwise permitted

17   under the Agreement described in Paragraph 3 above.

18   Date: October 1, 2007                    HOLLAND & KNIGHT LLP

19

20                                            By:    /s/ Robert A. Bleicher
                                                 Robert A. Bleicher

21                                            Attorneys for Plaintiffs
22                                            AMEROPA AG and AMEROPA NORTH
                                             AMERICA, INC.

23   Dated: September 28, 2007

24                                            KLEIN, DENATALE, GOLDNER, COOPER,
                                             ROSEN & KIMBALL LLP

25                                            By:  /s/ T. Scott Belden

26                                            T. Scott Belden
27                                            Attorneys for Defendant
                                             MOORE AGRICULTURAL PRODUCTS
28                                            COMPANY, INC.

-2-

STIPULATION AND [PROPOSED] ORDER          No.:  1:07-CV-01182-OWW-NEW
TO STAY ACTION

PDF created with pdfFactory trial version www.pdffactory.com

1

2

### ORDER STAYING LITIGATION

3

4    The Court finds good cause to stay this action and, therefore, this action is hereby stayed

5    pending completion of the parties' settlement as set forth in their Stipulation.  All currently

6    scheduled court hearing dates and conferences re vacated and all deadlines required by the

7    Federal Rules of Civil Procedure and the Local Rules of this court are hereby stayed, as well.

8    Plaintiffs and Defendant are ordered to advise the court promptly if their settlement is not

9    completed.   Either party may move to vacate the stay if cause exists or as otherwise permitted

10   under the Agreement described in Paragraph 3 of the Stipulation. **The parties shall submit a**

11   **joint request for dismissal upon completion of the payments.**

Dated: October 1, 2007

12

13                              __/s/  OLIVER W. WANGER_____
                               OLIVER W. WANGER
14                              UNITED STATES DISTRICT JUDGE

15   # 4813291_v1

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER        No.:  **1:07-CV-01182-OWW-NEW**
TO STAY ACTION

PDF created with pdfFactory trial version www.pdffactory.com