ROBERT A. BLEICHER (SBN 111334)
**HOLLAND & KNIGHT LLP**
50 California Street, 28th Floor
San Francisco, California  94111
Telephone:  (415) 743-6900
Facsimile:  (415) 743-6910

SETH H. ROW *(Admitted pro hac vice)*
**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 527-2931
Facsimile: (503) 241-8014

Attorneys for Plaintiffs
AMEROPA AG and
AMEROPA NORTH AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMEROPA AG, and AMEROPA NORTH AMERICA, INC.<br><br>Plaintiffs<br><br>v.<br><br>MOORE AGRICULTURAL PRODUCTS COMPANY, INC.,<br><br>Defendant. | **No.:  1:07-CV-01182-OWW-NEW**<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

   WHEREAS, Plaintiffs AMEROPA AG and AMEROPA NORTH AMERICA, INC. ("Plaintiffs") and Defendant MOORE AGRICULTURAL PRODUCTS COMPANY, INC., ("Defendant"), have reached an agreement for the settlement of this action; and

   WHEREAS, an Agreement reflecting the settlement of this action has been executed; and

   WHEREAS, the Agreement provides, among other things, for the dismissal of this action with prejudice and with each party to bear its own fees and costs.

-1-

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL    No.: **1:07-CV-01182-OWW-NEW**

PDF created with pdfFactory trial version www.pdffactory.com

NOW THEREFORE, the undersigned parties and their counsel hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice in its entirety, each party to bear its own fees and costs.

Date: May 20, 2008                     HOLLAND & KNIGHT LLP

By:   /s/ Robert A. Bleicher
        Robert A. Bleicher

Attorneys for Plaintiffs
AMEROPA AG and AMEROPA NORTH AMERICA, INC.

Dated: May 20, 2008

KLEIN, DENATALE, GOLDNER, COOPER, ROSEN & KIMBALL LLP

By:   /s/ Terrence T. Egland

Terrence T. Egland
Attorneys for Defendant
MOORE AGRICULTURAL PRODUCTS COMPANY, INC.

### **ORDER DISMISSING LITIGATION**

PURSUANT TO STIPULATION IT IS ORDERED that the Complaint and all claims in this matter are dismissed *with prejudice*; each party is to bear its own attorneys fees and costs.

IT IS SO ORDERED.

.

Dated: May 21, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

# 5352288_v1

PDF created with pdfFactory trial version www.pdffactory.com