CHARLES L. COLEMAN III (SBN 65496)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California  94111
Telephone:  (415) 743-6900
Facsimile:  (415) 743-6910
charles.coleman@hklaw.com

Attorneys for Plaintiffs
AMEROPA AG and
AMEROPA NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMEROPA AG, and AMEROPA NORTH AMERICA, INC.<br><br>Plaintiffs<br><br>v.<br><br>MOORE AGRICULTURAL PRODUCTS COMPANY, INC.,<br><br>Defendant. | No.: 1:07-CV-01182-OWW-GSA<br>**(Action Dismissed)**<br><br>**APPLICATION AND ORDER FOR EXONERATION AND RELEASE OF MONIES ($10,000) DEPOSITED INTO REGISTRY FUND IN LIEU OF SECURITY BOND**<br>**(Local Rule 67-150(g))** |

On August 17, 2007, Plaintiffs AMEROPA AG and AMEROPA NORTH AMERICA, INC. (collectively "Ameropa" and/or "Plaintiffs"), through their undersigned counsel, deposited the amount of ten thousand dollars ($10,000) with the Clerk of the Court (in the Treasury Registry) pursuant to Local Rule 65-1-151(h) (Docket #22).  This deposit was made in lieu of bond and pursuant to the *ex parte* Writ of Possession and Temporary Restraining Order executed by this Court on August 15, 2007 (Docket # 17).  A true copy of the check stub for this deposit and of the Court's Receipt Number CAE100000199 acknowledging this deposit of $10,000 from Holland & Knight LLP on behalf of Plaintiffs is attached hereto as Exhibit A.

//

//

-1-
APPLICATION AND ORDER FOR EXONERATION AND RELEASE OF MONIES ($10,000) DEPOSITED INTO REGISTRY FUND     Case No.: 1:07-CV-01182-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com

The parties thereafter reached a settlement agreement and, pursuant to that agreement, this action was dismissed on May 21, 2008 (Docket #35). Plaintiffs, through their undersigned counsel, now respectfully request the return of the $10,000 on deposit to Plaintiffs, through their undersigned counsel. Return of the funds is appropriate at this time because there no longer is an obligation of Plaintiffs to be secured by the deposit and the dispute between the parties that was the subject of this action has been settled and the case dismissed.

WHEREFORE Plaintiffs respectfully request that the Court exonerate the $10,000 in funds deposited with the Court in this matter and direct the Clerk to disburse those funds to Holland & Knight LLP so that Holland & Knight LLP can then remit these funds to Plaintiffs.

January 15, 2010                                             Respectfully submitted,

                                                             HOLLAND & KNIGHT LLP


                                                             /s/ Charles L. Coleman III
                                                             By: Charles L. Coleman III (SBN 65496)

                                                             Attorneys for Plaintiffs
                                                             AMEROPA AG and
                                                             AMEROPA NORTH AMERICA, INC.

**ORDER FOR DISBURSEMENT OF FUNDS PAID INTO COURT BY PLAINTIFFS**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the $10,000 deposit made in lieu of surety bond is hereby exonerated. The Clerk of the Court is hereby directed to disburse the $10,000 deposit to Plaintiffs, by check payable to the order of Holland & Knight LLP Client Trust Account.

IT IS SO ORDERED.

Dated: January 27, 2010


                                                             /s/ OLIVER W. WANGER
                                                             UNITED STATES SENIOR DISTRICT JUDGE

-2-
APPLICATION AND ORDER FOR                Case No.: 1:07-CV-01182-OWW-GSA
EXONERATION AND RELEASE OF MONIES
($10,000) DEPOSITED INTO REGISTRY FUND

PDF created with pdfFactory trial version www.pdffactory.com